IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 22-cr-10026-RWZ-MPK |
| | ) | |
| DAVID FORTE and GREGORY MANNING, | ) ) | |
| | ) | |
| Defendants | ) | |

## ASSENTED TO MOTION TO CONTINUE STATUS CONFERENCE

The government hereby respectfully moves to continue the status conference that is currently scheduled for September 8, 2022, to a date at the Court's convenience between October 12 and 14, 2022, between October 17 and 19, 2022, or thereafter.  As grounds for this motion, the government states that a continuance will allow the government to respond to the Defendants' discovery requests of August 9. 2022, (ECF No. 90) and will allow the Defendants time to consider the government's response before the status conference.

The parties have conferred and ask that the Court exclude the period of time from September 8, 2022, to the date of the status conference, under 18 U.S.C. § 3161(h)(7)(A).  The parties submit that the ends of justice served by this exclusion outweigh the interests of the public and the Defendants in a speedy trial.

        Respectfully submitted,

        **RACHAEL S. ROLLINS**
        **UNITED STATES ATTORNEY**

        */s/   David M. Holcomb*
        David M. Holcomb
        Assistant United States Attorney
        (617) 748-3100
        David.Holcomb@usdoj.gov

**Certificate of Service**

      I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

Dated: September 7, 2022            <u>/s/   David M. Holcomb   </u>
                                                                Assistant United States Attorney