UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DAVID FORTE, ET AL.,<br><br>    Defendant. | Case No. 22-cr-10026-ADB |

### DEFENDANT DAVID FORTE'S TRIAL MEMORANDUM

David Forte has been charged with Conspiracy to Commit Securities Fraud and Securities Fraud. The Government alleges that in 2016 David Forte passed on Material Non-Public Information ("MNPI") about Analog Device's ("Analog") proposed acquisition of Linear Technologies Corporation ("Linear") that he had obtained from his brother, Peter Forte, a senior executive at Analog. Peter Forte has consistently denied providing David with any information about the acquisition and is expected to testify that he did not do so at trial.

David Forte did not trade in the securities of Analog or Linear. Rather, he allegedly passed on MNPI about the proposed acquisition of Linear to two of his friends, Gregory Manning and John Younis, who did trade in Linear securities and who profited from their trading. The Government has not indicated what specific information David Forte allegedly provided to them so it is unclear that anything he told them was confidential or material. David Forte is not alleged to have traded through his friends and there will be no evidence that he shared in their profits.

Astonishingly, the Government to date has not specified what MNPI David allegedly obtained from his brother or where, when and how he allegedly obtained it. This is not surprising given that his brother has denied giving David any MNPI. What is surprising is that the Government thinks it can prove its case given the expected testimony of Peter Forte.

David Forte has pleaded not guilty to the charges and denies that he obtained any MNPI from his brother and therefore that he passed any MNPI on to his friends. Defendant Forte intends to challenge any non-admissible evidence the Government tries to introduce and will otherwise vigorously defend himself at trial.

Defendant Forte does not believe based on the discovery that has been provided to date that the Government will be able to present sufficient evidence in its case in chief to get the case to the jury and anticipates filing a Rule 29 Motion at the end of the Government's case. Therefore, he does not expect to call witnesses or present exhibits in his case. Nonetheless, Defendant Forte will provide a list of names that are likely to be mentioned during the direct and cross-examination of the Government's witnesses and reserves the right to call any one of them if the case proceeds past the conclusion of the Government's evidence.

Dated: June 23, 2023

Respectfully submitted,

DAVID FORTE

By his attorney,

*/s/ Tracy A. Miner*
Tracy A. Miner (BBO No. 547137)
Miner Siddall LLP
101 Federal Street
Boston, MA 02110
Tel. (617) 202-5890
tminer@msdefenders.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served by ECF on all parties on June 23, 2023.

*/s/ Megan A. Siddall*
Megan A. Siddall